IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARNELL JACKSON,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                         Case No. 11-cv-737-wmc

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Darnell Jackson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

    /s/                                                     12/22/2014

    Peter Oppeneer, Clerk of Court                         Date